## MEMORANDUM DECISIONS

ADAMS v. STATE.† (No. 6738.) (Court of Criminal Appeals of Texas. March 8, 1922.) Appeal from Red River County Court; R. J. Williams, Judge. Porter Adams was convicted of misdemeanor theft, and appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. Conviction is for theft, a misdemeanor; punishment fixed at confinement in jail for 30 days and a fine of $150. The indictment is regular. No statement of facts or bill of exceptions accompany the record. The judgment is affirmed.

ARMENTA v. STATE. (No. 6922.) (Court of Criminal Appeals of Texas. March 22, 1922.) Appeal from District Court, Webb County; J. F. Mullally, Judge. Santiago Armenta was convicted of murder, and he appeals. Appeal abated on appellant's motion. R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the district court of Webb county of murder, and his punishment fixed at 30 years in the penitentiary. Appellant has filed an affidavit in due form asking that he be permitted to withdraw his appeal. The application is granted, and the appeal is ordered abated.

BROOM v. STATE. (No. 6832.) (Court of Criminal Appeals of Texas. March 29, 1922.) Appeal from District Court, Sabine County; V. H. Stark, Judge. Adrian Broom was convicted of aggravated assault, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Upon indictment for assault with intent to murder conviction for aggravated assault resulted; punishment being assessed at a fine of $250 and 90 days' imprisonment in the county jail. The indictment, charge of the court, and judgment appear to be regular as found in the record, and no statement of facts or bills of exception are brought forward. The judgment of the trial court is affirmed.

SMITH v. STATE. (No. 6744.) (Court of Criminal Appeals of Texas. March 8, 1922.) Appeal from District Court, Orange County; V. H. Stark, Judge. Grant Smith was convicted of unlawful manufacture of intoxicating liquor, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. The conviction is for the unlawful manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year and one day. The indictment is regular. We find in the record neither statement of facts nor bill of exceptions. The judgment is affirmed.

TISDOLE v. STATE. (No. 6854.) (Court of Criminal Appeals of Texas. March 8, 1922.) Appeal from District Court, Falls County;

Prentice Oltorf, Judge. Allen Tisdole, alias Allen Tisdale, was convicted of murder, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the district court of Falls county of the offense of murder, and his punishment fixed at 15 years in the penitentiary. The record is before us without bills of exception or statement of facts. The indictment correctly charges the unlawful killing of one John Berry by then and there shooting him with a gun. The charge of the court submits fairly and fully the law of murder. Finding no error in the record, an affirmance will be ordered.